UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:10-00013 |
| v. ) | Judge Campbell |
| ) | |
| DIETRICH L. DOWLEN ) | |

## AGREED ORDER

This matter is before the Court on the Defendant's *pro se* motion to reduce his sentence based on the Fair Sentencing Act and 18 U.S.C. § 3582. The Court appointed counsel for Mr. Dowlen and is now advised that counsel for the parties have reached an agreement that a reduction of the term of imprisonment of fifteen (15) months is appropriate in that it is consistent with the intent of the Fair Sentencing Act and the sentencing criteria of 18 U.S.C. §3553, for the reasons stated in their joint motion. The Court accepts the agreement of the parties and their recommendation and reduces the term of imprisonment heretofore imposed on December 22, 2010 (DE 37) by fifteen (15) months to a term of One Hundred and Five (105) months. In all other particulars, the original judgment and sentence remain the same. It is so ORDERED.

_____
TODD J. CAMPBELL
Judge, United States District

APPROVED FOR ENTRY:

*/s/ Scarlett Singleton Nokes*
SCARLETT SINGLETON NOKES
Assistant United States Attorney
110 Ninth Avenue, South
Nashville, Tennessee 37203

*/s/ Henry A. Martin*
HENRY A. MARTIN
Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203